UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MONITRONICS INTERNATIONAL, INC.,
TELEPHONE CONSUMER PROTECTION ACT
(TCPA) LITIGATION                                               MDL No. 2493

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –19)**

On December 16, 2013, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 988 F.Supp.2d 1364 (J.P.M.L. 2013). Since that time, 19 additional action(s) have been transferred to the Northern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Irene M Keeley.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of West Virginia and assigned to Judge Keeley.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of West Virginia for the reasons stated in the order of December 16, 2013, and, with the consent of that court, assigned to the Honorable Irene M Keeley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 16, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: MONITRONICS INTERNATIONAL, INC.,**
**TELEPHONE CONSUMER PROTECTION ACT**
**(TCPA) LITIGATION**                                              MDL No. 2493

### SCHEDULE CTO−19 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

TENNESSEE MIDDLE

| TNM | 3 | 15−00929 | Cunningham v. The Altitude Group, LLC et al |